# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT STEVEN SCILAGYI, <br><br> Defendant. | 1:10-cr-00385-LJO <br><br> **RESPONSE TO REQUEST FOR CLARIFICATION** |

On August 24, 2010, the U.S. District Court for the Southern District of California transferred to this Court jurisdiction over Supervised Releasee Scott Steven Scilagyi ("Scilagyi"). ECF No. 1. On September 15, 2010, this Court opened the above-captioned case based on that transfer. *Id*. On December 9, 2010, this Court issued a no bail warrant for Scilagyi's arrest based on a supervised release violation. On June 17, 2019, this case was reassigned from the docket of District Judge Anthony W. Ishii to the undersigned. ECF No. 9.

Scilagyi is presently incarcerated at California Correctional Institution, Tehachapi, with an expected parole date, according to Scilagyi, of July 29, 2019. ECF No. 8. As he has done several times before, *see* ECF Nos. 7-8, Scilagyi has reached out to the Court for clarification as to the status of this case and the outstanding warrant issued by this Court. In response, the Court confirms that this case is still open and that the no bail warrant is still in effect. The Court will not address further informal communications about this matter.

IT IS SO ORDERED.

Dated: **June 24, 2019**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1