IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT STEVEN SCILAGYI,<br><br>　　　　　　Defendant. | Case No.: 1:10-CR-00385-001 LJO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on August 19, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　Dated:　**August 19, 2019**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE