HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
SCOTT SCILAGYI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>SCOTT SCILAGYI,<br><br>                  Defendant. | Case No.  1:10-cr-00385-NONE<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; ORDER THEREON<br><br>DATE:   November 19, 2020<br>TIME:    2:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties hereto, through their

respective counsel, that the status conference hearing in the above-captioned matter now set for

November 19, 2020 at 2 p.m. before the Honorable Erica P. Grosjean, be continued until

December 16, 2020, at 2 p.m.  The parties continue to discuss an appropriate, mutually agreeable

resolution.  Defense counsel also requests this continuance in order to conduct further

investigation in support of a potential resolution.

///

///

///

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: November 16, 2020          By:    /s/ David Gappa
                                         DAVID GAPPA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         HEATHER E. WILLIAMS
                                         Federal Defender

DATED: November 16, 2020          By:    /s/ Matthew Lemke
                                         MATTHEW LEMKE
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         SCOTT SCILAGYI


## ORDER

Based on a showing of good cause, the Court hereby orders that the status hearing currently scheduled for November 19, 2020, is continued to December 16, 2020, at 2:00 p.m. before the duty magistrate judge.


IT IS SO ORDERED.

Dated:   **November 18, 2020**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

Scilagyi: Stipulation                    -2-