AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SCOTT STEVEN SCILAGYI** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:10CR00385-001**<br>Defendant's Attorney: Matthew Lemke, Assistant Federal Defender |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charge(s)   3, 4, 6 through 11   as alleged in the second superseding violation petition filed on   1/27/2021   .

[ ]   was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:
**See next page.**

The court:  [✔] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   8/19/2019   .

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charge(s)   1, 2, and 5   are dismissed. [X] APPEAL RIGHTS GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/9/2021
_____
Date of Imposition of Sentence

*Dale A. Drozd*

_____
Signature of Judicial Officer

**Dale A. Drozd**, United States District Judge
_____
Name & Title of Judicial Officer

4/14/2021
_____
Date

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

**DEFENDANT: SCOTT STEVEN SCILAGYI**                                    Page 2 of 3
**CASE NUMBER: 1:10CR00385-001**

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 3 | NEW LAW VIOLATION | October 6, 2020 |
| Charge 4 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | September 24, 2020 |
| Charge 6 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | October 6, 2020 |
| Charge 7 | FAILURE TO COMPLY WITH LOCATION MONITORING | February 29, 2020 |
| Charge 8 | FAILURE TO NOTIFY OF CHANGES TO EMPLOYMENT | March 3, 2020 |
| Charge 9 | FAILURE TO PARTICIPATE IN DRUG TESTING | August 18, 2020, September 23, 2020, September 30, 2020, and October 5, 2020 |
| Charge 10 | FAILURE TO COMPLY WITH LOCATION MONITORING | March 4, 2020 |
| Charge 11 | FAILURE TO FOLLOW A COURT ORDER | January 25, 2021 |

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **SCOTT STEVEN SCILAGYI**                                    Page 3 of 3
CASE NUMBER: **1:10CR00385-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
<u>24 Months</u>.

[✔]   No TSR: Defendant shall cooperate in the collection of DNA.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district
    [ ]   at ____ on ____.
    [ ]   as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ]   before ____ on ____.
    [ ]   as notified by the United States Marshal.
    [ ]   as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal